IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | **FILED UNDER SEAL** |
| CAROLYN RENA DAVIS (2) | ~~Related to~~ Cause No. 3:19-CR-083-S |

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS — FILED FEB 27 2019 — CLERK, U.S. DISTRICT COURT By ___ Deputy*

## MOTION TO SEAL INFORMATION

The United States of America ("the Government") respectively moves this Honorable Court to seal the above-styled and numbered information, as public knowledge of the information at this time could compromise an ongoing public corruption investigation. One additional person has been indicted and that matter, United States v. Ruel M. Hamilton, Cause No. 3:19-CR-083-S, is also currently under seal.

WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests the Court seal the above-entitled and numbered information for a short time to preserve the integrity of the investigation.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

By: *Chad E. Meacham for*
MARCUS BUSCH
Assistant United States Attorney
Texas Bar No. 03493300
ANDREW O. WIRMANI
Assistant United States Attorney
Texas Bar No. 24052287
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8716