IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

§
§          3:19-CR-00083-S
§

## ENTRY OF APPEARANCE OF COUNSEL

**COMES NOW,** CAROLYN RENA DAVIS and notifies that Court that she is represented by HEATH HARRIS whose information appears below.

Heath Harris
SBN 00795409
1910 Pacific Ave #15100
Dallas, Texas 75201
(214) 742-0708
H2law@sbcglobal.net

Respectfully submitted,

By: **/S/ Heath Harris**
Russell Wilson II
State Bar No. 00794870
Attorney for Carolyn Rena Davis