IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO.: 3:19-CR-83-S |
| | § | |
| CAROLYN RENA DAVIS (02) | § | |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE:

COMES NOW, Scottie D. Allen, attorney of record for CAROLYN RENA DAVIS, the defendant in the above-entitled and numbered cause, and moves the Honorable Court to enter an order permitting him to withdraw as counsel of record, and in support of this motion shows:

I.

The Defendant CAROLYN RENA DAVIS has retained Heath Harris to represent her in this cause and consents to this withdrawal.

II.

Moreover, counsel will further show this Honorable Court that this motion is not made for the purposes of delay but, on that justice may be done.

**WHEREFORE PREMISES CONSIDERED**, based on the aforementioned, movant prays this the Court grant this motion and order that attorney, Scottie D. Allen, be released as counsel of record in this cause.

Respectfully submitted,

**THE ALLEN LAW FIRM**
650 Uptown Tower
4144 North Central Expressway
Dallas, Texas 75204
Telephone: 214.824.7711
Facsimile: 214.824.7714

By: ___/s/ Scottie D. Allen___
Scottie D. Allen
State Bar Number: 01058020
Email: scottiedallen@scottiedallenlaw.com
Attorney for Defendant
CAROLYN RENA DAVIS

## CONSENT OF CLIENT

The undersigned, CAROLYN RENA DAVIS, acknowledges that she is the Defendant in this case and has read the foregoing motion to withdraw and consents to same.

_____
CAROLYN RENA DAVIS
Defendant

Sworn and Subscribed before me this 28th day of March, 2019



_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2019, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court including Marcus Bush, the AUSA handling this case and have had this motion forwarded to him.

___/s/ Scottie D. Allen___
Scottie D. Allen

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CASE NO.: 3:19-CR-83-S |
| CAROL RENA DAVIS (02) | § | |

### ORDER

On this the _____ day of _____, 2019 came on to be heard the Defendant's Motion to Withdraw in the above-entitled and numbered cause, and the Court having heard and considered said Motion, was of the opinion that such Motion should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the clerk remove the name of Scottie D. Allen as attorney of record for Defendant.

SIGNED this _____ day of _____ 2019.

_____
JUDGE PRESIDING

ORDER – SOLO PAGE