IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

UNITED STATES OF AMERICA

v.

CAROLYN RENA DAVIS (2)

No. 3:19-CR-00083-M

## GOVERNMENT'S MOTION TO DISMISS THE INFORMATION AS TO DEFENDANT CAROLYN RENA DAVIS

Defendant Carolyn Rena Davis died on July 15, 2019, in Dallas County, Texas, as confirmed by a certificate of death issued by the State of Texas. The government respectfully moves to dismiss the Information filed against Carolyn Rena Davis (Dkt. 6).

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Stephen Fahey*
Stephen Fahey
Criminal Chief

*/s/ Marcus Busch*
Marcus Busch
Assistant United States Attorney
Texas State Bar No. 03493300
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Email: marcus.busch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I served a copy of this motion on counsel of record by filing the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the Court's ECF system.

*/s/ Marcus Busch*
Marcus Busch
Assistant United States Attorney

**Government's Motion to Dismiss the Information as to Defendant Davis – Solo Page**